USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2026

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**ANN-MARIE TESAR**
*Assistant Corporation Counsel*
Phone: (212) 356-1106
atesar@law.nyc.gov
(not for service)

September 30, 2026

**BY ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Ok, Conference adjourned.
10/1/2026

Re: *K.C., et al. v. New York City Dep't of Educ., et al.*, 1:26-cv-04838

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for Defendants New York City Department of Education, the Board of Education of the City of New York, Chancellor Kamar H. Samuels, in his Official Capacity, and the City of New York (together, "Defendants").

I write to respectfully request an adjournment of 60 days for the initial conference in this matter, with the consent of Plaintiff. Counsel for both Plaintiff and Defendants sincerely apologize for this late request as the initial conference is scheduled for tomorrow at 10:30 a.m., but due to unforeseen circumstances including confusion with another case involving the same student Plaintiff, and Plaintiff's counsel's mother having health issues, counsel for both parties did not realize the conference was scheduled for tomorrow. [1]

Additionally, Plaintiff and Defendants strongly believe this case will settle, as it a simple IDEA attorney's fees case, and we thus request additional time in which to pursue settlement.

Accordingly, both Plaintiff and Defendants respectfully request that the Court extend their time to appear for an initial conference for 60 days so as to give parties time to settle this matter.

[1] Plaintiffs' counsel thought it was adjourned, and the conference was scheduled prior to the date on which Defendants' counsel was assigned.

I thank the Court for its attention to this submission.

Respectfully submitted,

s/ Ann-Marie Tesar

Ann-Marie Tesar
Assistant Corporation Counsel

cc: All counsel of record
(via ECF)